MARGARET EGAN and CATHARINE EGAN, JR., by Guardians, etc., Respondents, *v.* THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*Egan* v. *Supreme Council*, 32 App. Div. 245, affirmed.
(Submitted January 12, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 12, 1898, upon an order which affirmed a judgment in favor of plaintiffs, entered upon a verdict directed by the court.

*Edwin C. Low* for appellant.

*Edward Herrmann* for respondents.

Judgment and order affirmed, with costs; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.